IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAKOREAN D. BRADLEY,

      Appellant,

                              Case No. 5D23-901

v.                                 LT Case No. 2019-CF-12790

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Steve Henderson, Judge.

Jakorean D. Bradley, Perry, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, JAY and SOUD, JJ., concur.